

RON BENDER (SBN 143364)
OVSANNA TAKVORYAN (SBN 217435)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Chapter 11
Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:07-bk-12600-ES |
| GREAT CIRCLE FAMILY FOODS, LLC, et al., | CHAPTER 11 |
| Debtors. | Jointly Administered with Case Nos.: Case No. 8:07-bk-12603-ES Case No. 8:07-bk-12605-ES Case No. 8:07-bk-12606-ES Case No. 8:07-bk-12602-ES Case No. 8:07-bk-12604-ES |
| GREAT CIRCLE FAMILY FOODS, LLC, | Adversary No. 08-1134 ES |
| Plaintiff, | **NOTICE OF DISMISSAL OF COMPLAINT FOR INJUNCTIVE RELIEF PURSUANT TO 11 U.S.C. § 105** |
| vs. | |
| DUC NGUYEN, | [No hearing set] |
| Defendant. | |

**PLEASE TAKE NOTICE** that, pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41(a) of the Federal Rules of Civil Procedures, Great Circle Family Foods, LLC ("Great Circle"), one of the debtors and debtors in possession in the above-referenced Chapter 11 bankruptcy cases and Plaintiff herein, hereby dismisses this adversary proceeding without prejudice.

Dated: June 11, 2008

LEVENE, NEALE, BENDER, RANKIN & BRILL, L.L.P.

By: _____

RON BENDER
OVSANNA TAKVORYAN
Attorneys for Great Circle Family Foods, LLC, Debtor in Possession and Plaintiff Herein

2

**PROOF OF SERVICE**

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is: Levene, Neale, Bender, Rankin & Brill, 10250 Constellation Blvd., Ste. 1700, Los Angeles, California 90067-5805.

On June 11, 2008, I served the within document(s):

**NOTICE OF DISMISSAL OF COMPLAINT FOR INJUNCTIVE RELIEF PURSUANT TO 11 U.S.C. § 105**

☐  by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date.

☒  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California 90067, addressed as set forth below.

☐  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐  by electronic transmission for immediate receipt on the same day of this Declaration by the parties on the attached e-mail service list.

**Offices of the U.S. Trustee**
**Michael J. Hauser, Esq.**
**411 West Fourth Street, Suite 9041**
**Santa Ana, CA 92701**

**Committee Counsel**
**Evan D. Smiley**
**Weiland, Golden, Smiley, Wang, et al.**
**650 Town Center Drive, Suite 950**
**Costa Mesa, CA 92626**

**And the Nguyen Parties**
**(See attached)**

I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 11th day of June 2008 at Los Angeles, California.

Marguerite Hardin

Duc Nguyen
c/o Christian L. Raisner
Weinberg, Roger & Rosenfeld
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091

Duc Nguyen
c/o NAVA & GOMEZ
Santos Gomez, Stanley J. Hodson
326 South 'A' Street, Suite 2
Oxnard, CA 93030

Duc Nguyen
c/o Stan Mallison, Hector Martinez
LAW OFCS MALLISON & MARTINEZ
1042 Brown Ave., Ste A
Lafayette, CA 94549